ALFRED STRAUSS, Respondent, v. JACK LINSKY, Appellant.— Order unanimously modified so as to strike out the words "without prejudice, for failure of proof", on the ground that such reservation is not authorized under rule 113 of the Rules of Civil Practice and, as so modified, affirmed. Leave is granted, however, to the plaintiff to apply at Special Term for a rehearing if he is able to supply affidavits actually setting forth the evidentiary facts heretofore found lacking. Present — Dore, J. P., Callahan, Breitel, Botein and Bergan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LAWRENCE EARLE WELCH, Appellant.— Judgment unanimously affirmed. No opinion. Present — Dore, J. P., Callahan, Breitel, Botein and Bergan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LEVI GUIDROZ, Appellant.— Order unanimously affirmed. No opinion. Present — Dore, J. P., Callahan, Breitel, Botein and Bergan, JJ.

MONARCH LODGE NO. 45 OF THE IMPROVED, BENEVOLENT AND PROTECTIVE ORDER OF ELKS OF THE WORLD, Appellant, v. CITY OF NEW YORK, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Dore, J. P., Callahan, Breitel, Botein and Bergan, JJ.

ROBERT M. PITZ et al., Appellants-Respondents, v. MARY BLAKE, Respondent-Appellant.— Order unanimously affirmed. No opinion. Present — Dore, J. P., Callahan, Breitel, Botein and Bergan, JJ.

ARTHUR WASSERMAN, Respondent, v. BERNARD ROSENBERG, Appellant.— Order, so far as appealed from, unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Dore, J. P., Callahan, Breitel and Bergan, JJ.

In the Matter of AUSTREAL CORP., Appellant, against JOSEPH D. McGOLDRICK, as State Rent Administrator, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Peck, P. J., Dore, Cohn, Breitel and Bastow, JJ.

In the Matter of S. EZRA AUSTERN, Appellant, against JOSEPH D. McGOLDRICK, as State Rent Administrator, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Peck, P. J., Dore, Cohn, Breitel and Bastow, JJ.